NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――――

**HYDRAULICS INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

―――――――――――――

2022-2287

―――――――――――――

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00364-RTH, Judge Ryan T. Holte.

―――――――――――――

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                HYDRAULICS INTERNATIONAL, INC. v. US

(2)  Each side shall bear their own costs.


                                          FOR THE COURT

March 31, 2023
      Date                                /s/ Peter R. Marksteiner
                                          Peter R. Marksteiner
                                          Clerk of Court


**ISSUED AS A MANDATE:** March 31, 2023